<u>Gun Owners of America</u> v. <u>Whittaker</u>
<u>Complaint – Exhibits</u>

1. June 7, 2010 ATF Letter to redacted addressee
2. FOIA 5303-5305
3. 2006 ATF letter to Mr. Jason A. Lee
4. FOIA 923
5. FOIA 5523
6. FOIA 1678-79
7. September 30, 2004 ATF Letter to Mr. Brian A. Blakely
8. June 25, 2007 ATF Letter to Mr. Brian A. Blakely
9. November 17, 2003 ATF letter to redacted addressee
10. January 29, 2004 ATF letter to redacted addressee
11. November 22, 2006 ATF letter to redacted addressee
12. FOIA 1697
13. May 25, 2011 ATF letter to Mr. Len Savage
14. June 26, 2008 ATF letter to redacted addressee
15. FOIA 1710
16. April 2, 2012 ATF letter to redacted addressee
17. FOIA 1726
18. FOIA 1731-32
19. FOIA 1739
20. April 16, 2013 ATF letter to The Honorable Ed Perlmutter
21. FOIA 1746
22. FOIA 1755
23. April 6, 2017 ATF letter to redacted addressee
24. FOIA 3668
25. FOIA 2083
26. FOIA 1587
27. FOIA 990
28. FOIA 6123
29. FOIA 5409
30. FOIA 3443
31. FOIA 5625
32. FOIA 2885
33. FOIA 3200-3231
34. FOIA 5203