**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 18-cv-___ |
| v. | ) ) | |
| MATTHEW WHITAKER, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |

**Verified Declaration of Timothy Harmsen**

1. My name is Timothy Harmsen.  I am a U.S. citizen and resident of Valparaiso, Indiana.  I make this declaration in support of the Complaint and Motion for Preliminary Injunction.  If called as a witness, I can testify to the truth of the statements contained therein.

2. I possess bump stocks, and would like to have the freedom to purchase bump stocks in the future.  If the injunction is not granted, I will be irreparably harmed, as I will have no choice but to either destroy or surrender my valuable personal property, and will lose the monetary value of that property.  If I choose not to comply, I will face potential federal felony criminal charges.

3. I am the founder and host of the Military Arms Channel on YouTube, and I make a living in part from income derived from that work.  Several of my videos include content about bump stocks and bump firing, which is a topic of great interest to my viewers and regarding which I have gained a sizable following.  If bump stocks are banned, I will be unable to have any further videos on bump stocks, and this component of my audience will not be served and may not continue to follow my work.  Therefore, if the injunction is not granted, my number of viewers no doubt will be affected, causing me irreparable harm.

      I, Timothy Harmsen, certify under penalty of perjury that the foregoing is true and correct.

*Tim Harmsen*
_____
Timothy Harmsen
