UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC., et al.,

       Plaintiffs,

Case No. 1:18–cv–01429–PLM–RSK

v.

Hon. Paul L. Maloney

MATTHEW WHITAKER, et al.,

       Defendants.

_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**
**AND NOTICE OF DEFICIENCY**

     NOTICE is hereby given that the above-captioned case was electronically filed in this court on December 26, 2018 .   The case has been assigned to Paul L. Maloney .

     The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                        CLERK OF COURT

Dated:  December 27, 2018    By:  /s/ E. Siskind_____
                                        Deputy Clerk