UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al.,            )<br>                        Plaintiffs,          )<br>                                                       )<br>-v-                                                    )<br>                                                       )<br>MATTHEW WHITAKER, et al.,             )<br>                        Defendants.         )<br>                                                       ) | No. 1:18-cv-1429<br><br>Honorable Paul L. Maloney |

### ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO STAY

On December 26, 2018, the Trump Administration published in the Federal Register a final rule clarifying that bump-stock devices are machineguns, as that term is defined in the National Firearms Act and the Gun Control Act. The regulation becomes effective on March 26, 2019, and requires that current owners of bump-stock devices abandon or destroy those devices prior to the effective date of the rule. In this lawsuit, Plaintiffs challenge the new regulation. Plaintiffs request the Court expedite the resolution of the lawsuit.

The Government requests the Court stay all proceedings because of the lapse of appropriations. (ECF No. 16.) The federal government began a partial shutdown on December 22, 2018, when the most recent funding plan expired. Plaintiffs oppose the motion.

The Government's motion to stay the litigation (ECF No. 16) is **DENIED WITHOUT PREJUDICE.** Government funding is a fluid process, and the situation may change in the near future. Defendants have no immediate deadlines for responses. Should

the shutdown continue and should one of the deadlines loom, Defendants may refile the motion for a stay.

**IT IS SO ORDERED.**

Date: January 2, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge