UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC., et al.,

     Plaintiffs,

                                           Case No. 1:18-cv-1429

v.

                                           HONORABLE PAUL L. MALONEY

MATTHEW WHITAKER, et al.,

     Defendants.

_____/

## <u>ORDER GRANTING MOTION TO ENLARGE PAGE LIMITS</u>

Pending before the Court is Plaintiffs' motion to enlarge page limit for their brief in support of their motion for a preliminary injunction (ECF No. 8). Plaintiffs seek leave to file a brief in support of their motion that is five pages over the page limit allowed by local court rule.  Any brief filed in support of or in opposition to motion for injunctive relief is not to exceed 25 pages in length, exclusive of cover sheet, tables, and attachments.  *See* W.D. Mich. LCivR. 7.2(b)(1).  In its discretion, the Court may shorten or enlarge the page limit.  *See id.* 7.1(c).  Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to enlarge page limit (ECF No. 8) is GRANTED for the reasons stated in the motion.

Dated:  January 4, 2019                      /s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                         United States District Judge