UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC., et al.,

    Plaintiffs,

v.

    Case No. 1:18-cv-1429

    HONORABLE PAUL L. MALONEY

MATTHEW WHITAKER, et al.,

    Defendants.
_____/

## ORDER ESTABLISHING BRIEFING SCHEDULE RELATED TO MOTION FOR PRELIMINARY INJUNCTION

Pending before the Court is a stipulation between the parties to expedite the briefing schedule related to Plaintiffs' Motion for Preliminary Injunction (ECF No. 22). Upon due consideration of the stipulation, the Court establishes the following briefing schedule:

1. The deadline for the Government defendants to respond to the Motion for Preliminary Injunction is **February 11, 2019**.

2. The deadline for the Plaintiffs to file a reply in support of their motion is **February 25, 2019**.

3. Oral argument on the motion is scheduled for **March 11, 2019, at 1:00 p.m., at 174 Federal Building, Kalamazoo, Michigan.**

**IT IS SO ORDERED**.

Dated: January 9, 2019                                                                /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge