UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

      Plaintiffs,                        Case No. 1:18-cv-01429
                                                    Hon. Paul L. Maloney

v.

MATTHEW WHITAKER, et al.,

      Defendants.

_____

**CERTIFICATE REGARDING CONCURRENCE**

As set forth in Plaintiffs' Motion for a Preliminary Injunction filed December 26, 2018, counsel for Plaintiffs telephoned Ryan Cobb at the office of the US Attorney for the Western District of Michigan at (616) 808-2031 requesting concurrence with the relief sought herein by leaving a message. Mr. Cobb returned Counsel's call leaving a message but due to the lapse in appropriations, no further communication has been established.

Dated: January 14, 2018.                Respectfully submitted,
                                                    **PENTIUK, COUVREUR & KOBILJAK, P.C.**

                                                    By: /s/ Kerry L. Morgan
                                                    Kerry L. Morgan (P32645)
                                                    2915 Biddle Avenue, Suite 200
                                                    Wyandotte, MI  48192
                                                    Main:  (734) 281-7100
                                                    F: (734) 281-2524
                                                    kmorgan@pck-law.com
                                                    *Counsel for Plaintiffs*

        Robert J. Olson
        William J. Olson
        Jeremiah L. Morgan
        Herbert W. Titus
        WILLIAM J. OLSON, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA  22180
        T:  (703) 356-5070
        F:  (703) 356-5085
        wjo@mindspring.com
        *Of Counsel*

Z:\2-G-L Clients\GOA Bumpstock Lit\GOA Filing\Plaintiffs' Certificate of Concurrence.docx