AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, VIRGINIA CITIZENS DEFENSE LEAGUE, MATT WATKINS, TIM HARMSEN and RACHEL MALONE

v.

MATTHEW WHITAKER, in his official capacity as Acting Attorney General of the United States, et al

Case No. 1:18-cv-01429-PLM-RSK
Hon. Paul L. Maloney

TO: THOMAS E. BRANDON, Acting Director ATF
ADDRESS: c/o U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kerry L. Morgan (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192

CLERK OF COURT

By: Deputy Clerk          December 28, 2018
                                Date

## PROOF OF SERVICE

This summons for ___THOMAS E. BRANDON, Acting Director ATF___ was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): _Certified Mail, return receipt requested, attached hereto_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Melissa R Segedy_ (Server's signature)
_Melissa R Segedy, Legal Assistant_ (Server's printed name and title)
_2915 Biddle Ste 200 Wyandotte MI 48192_ (Server's address)

Additional information regarding attempted service, etc.:

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, VIRGINIA CITIZENS DEFENSE LEAGUE, MATT WATKINS, TIM HARMSEN and RACHEL MALONE

v.

MATTHEW WHITAKER, in his official capacity as Acting Attorney General of the United States, et al

Case No. 1:18-cv-01429-PLM-RSK
Hon. Paul L. Maloney

TO: Bureau of Alcohol, Tobacco, Firearms and Explosives
ADDRESS: c/o U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kerry L. Morgan (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192

CLERK OF COURT



By: Deputy Clerk                                                December 28, 2018
                                                                Date

---

### PROOF OF SERVICE

This summons for __Bureau of Alcohol, Tobacco, Firearms and Explosives__ was received by me on _____
(name of individual and title, if any)                                                              (date)

☐ I personally served the summons on the individual at _____
on _____                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____
                              (name of organization)                    (date)

☐ I returned the summons unexecuted because _____

☒ Other (specify) certified mail, return receipt requested, attached hereto

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    _Melissa R Segedy_
                                                    Server's Signature

                                                    Melissa R Segedy Legal Assistant
                                                    Server's printed name and title

                                                    2915 Biddle Ste 200 Wyandotte MI 48192
                                                    Server's address

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Thomas Brandon, Acting Director
Bureau of Alcohol, Tobacco, Firearms & Explosives
99 New York Avenue, NE
Washington, DC 20226

9590 9402 4431 8248 4605 03

2. Article Number (Transfer from service label)

7014 3490 0001 3737 2409

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Yvette K Younger
☐ Agent
☐ Addressee

B. Received by (Printed Name): Yvette K Younger
C. Date of Delivery: 1/22/19

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

JAN 22 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt