UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, Inc.
*et al.*

　　　　　　Plaintiffs,

　v.

WILLIAM P. BARR,[1]
　　　　*et al.*,

　　　　　　Defendants.

Case No.  1:18-cv-01429-PLM-RSK

Hon. Paul L. Maloney

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby provide notice of the February 25, 2019 opinion of the United States District Court for the District of Columbia, denying motions for preliminary injunction in three pending cases: *Guedes v. ATF*, No. 18-cv-2988 (D.D.C.), *Firearms Policy Coalition v. Barr*, No. 18-cv-3083 (D.D.C.) (consolidated with *Guedes*), and *Codrea v. Barr*, 18-cv-3086. (D.D.C.)  That opinion, docketed as ECF No. 27 on the *Guedes* docket, is the first opinion addressing the merits of the Final Rule at issue in these cases, *Bump-Stock-Type Devices*, 83 Fed. Reg. ("FR") 66514 (Dec. 26, 2018).

Defendants agree with the conclusion of the Court in D.D.C. that "none of the plaintiffs' arguments support preliminary injunctive relief."  Mem. Op., ECF No. 27,  *Guedes*

---

[1] By operation of Fed. R. Civ. P. 25(d), Attorney General Barr has automatically been substituted for former Acting Attorney General Matthew G. Whitaker as a Defendant in this action.

*v. ATF*, No. 18-cv-2988 (D.DC. Feb. 25, 2019). This Court should reach the same result. However, Defendants note that, consistent with the Supreme Court's decision in *United States v. Apel*, 571 U.S. 359 (2014), Defendants have not contended that the deference afforded under *Chevron v. Nat. Res. Def. Council*, 467 U.S. 837 (1984), applies in this action. *See Apel*, 571 U.S. at 369 (the Supreme Court has "never held that the Government's reading of a criminal statute is entitled to any deference").

Dated: February 27, 2019  Respectfully submitted,

ANDREW B. BIRGE
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

MATTHEW J. GLOVER
Counsel to the Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director


/s/
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

RYAN D. COBB
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Ryan.Cobb@usdoj.gov

*Counsel for Defendants*