UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

    Plaintiffs,                              Case No. 1:18-cv-01429
                                                Hon. Paul L. Maloney

v.

MATTHEW WHITAKER, et al.,

    Defendants.

---

## GUN OWNERS OF CALIFORNIA'S MOTION TO BE
## JOINED AS A PARTY PLAINTIFF PURSUANT TO FRCP 20

NOW COMES, GUN OWNERS OF CALIFORNIA, INC., ("GOC") by and through its Attorneys, PENTIUK, COUVREUR & KOBILJAK, P.C., pursuant to Rule 20 of the Federal Rules of Civil Procedure, and hereby moves to join proposed Plaintiff GOC with Plaintiffs GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, VIRGINIA CITIZENS DEFENSE LEAGUE, MATT WATKINS, TIM HARMSEN, and RACHEL MALONE, on the grounds that the claims asserted against the Defendants and Plaintiffs' rights to relief arise out of the same series of transactions or occurrences and implicate common questions or fact and law, and in support states as follows:

    1.    Defendants were contacted and stated by email on February 22, 2019, that they do not oppose joinder of Gun Owners of California in this action.

    2.    GOC has read the Plaintiffs' Complaint for Declaratory and Injunctive Relief, is a person that meets the criteria of FRCP 20, and desires to be joined as a Plaintiff in this action.

    3.    GOC relies upon its Brief in Support of this Motion attached hereto.

WHEREFORE, GUN OWNERS OF CALIFORNIA, INC., respectfully requests this Honorable Court grant the relief requested in this Motion and permit it to join this action as a Plaintiff.

Respectfully submitted,<br>
**PENTIUK, COUVREUR & KOBILJAK, P.C.**

By: /s/ Kerry L. Morgan
Kerry L. Morgan (P32645)
*Attorney for Gun Owners of California, Inc. and Plaintiffs*
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
Main: (734) 281-7100
Fax: (734) 281-2524
KMorgan@pck-law.com


Robert J. Olson
William J. Olson
Jeremiah L. Morgan
Herbert W. Titus
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
T: (703) 356-5070
F: (703) 356-5085
wjo@mindspring.com
*Of Counsel*

Dated: March 1, 2019.
Z:\2-G-L Clients\GOA Bumpstock Lit\Rule 20 Motion for Permissive Joinder of Party.docx