UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

    Plaintiffs,                      Case No. 1:18-cv-1429

v.                                  HONORABLE PAUL L. MALONEY

MATTHEW WHITAKER, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION TO BRING FIREARM INTO COURTHOUSE FOR HEARING

Pending before the Court is Plaintiffs' motion for order granting permission to bring secured operable bumpstock firearm to the March 6, 2019 hearing (ECF No. 41). Upon due consideration of the motion by the Court, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: March 4, 2019                                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge