UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Gun Owners of America, Inc., et al v. Whitaker, et al

**Case Number:** 1:18-cv-1429
**Date:** March 6, 2019
**Time:** 9:09 a.m. - 10:36 a.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

    Plaintiffs:  Robert Jeffrey Olson and Kerry Lee Morgan

    Defendants:  Eric J. Soskin and Matthew J. Glover

**PROCEEDINGS**

Nature of Hearing:  Hearing on Plaintiff's motion for preliminary injunction (Dkt. #9); motion taken under advisement, opinion and order to issue



Court Reporter: Kathleen Thomas          Case Manager: Amy Redmond