UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC., et al.,      )
                      Plaintiffs,      )
                                )      No. 1:18-cv-1429
-v-      )
                                )      Honorable Paul L. Maloney
MATTHEW WHITAKER, et al.,      )
                  Defendants.      )
_____)

## ORDER SUBSTITUTING DEFENDANT

William P. Barr has been confirmed by the United States Senate as the Attorney General for the United States of America. As permitted by Rule 25(d) of the Federal Rules of Civil Procedure, William P. Barr is substituted as the named defendant in place of Matthew Whitaker, who was sued in his official capacity as Acting Attorney General.

**IT IS SO ORDERED.**

Date:  March 13, 2019                         /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge