UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC., et al.,

    Plaintiffs,

v.

WILLIAM P. BARR, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1429

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO STAY

Pending before the Court is Plaintiff's motion for stay of proceedings pending appeal (ECF No. 54). Plaintiff requests a stay of proceedings in this case pending resolution of their appeal to the Sixth Circuit Court of Appeals of the denial of their motion for preliminary injunction. The Defendants do not oppose the request (ECF No. 54, PageID.486). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for stay of proceedings pending appeal (ECF No. 54) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending resolution of the pending appeal. The parties are to file a joint status report detailing the status of this matter no later than two weeks after resolution of the appeal by the Sixth Circuit Court of Appeals.

Dated: May 6, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge