# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 23, 2019

Mr. James Orange Bardwell
Mr. Bradley Hinshelwood
Mr. Kerry Lee Morgan
Robert J. Olson
Mr. Ilya Shapiro
Ms. Abby Christine Wright

Re: Case No. 19-1298, *Gun Owners of America, Inc., et al v. William P. Barr, et al*
Originating Case No.: 1:18-cv-01429

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. Thomas Dorwin

Enclosure

No. 19-1298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., )<br>)<br>   Plaintiffs-Appellants,  )<br>)<br>GUN OWNERS OF CALIFORNIA, INC.,  )<br>)<br>   Movant,  )<br>)<br>v.  )<br>)<br>WILLIAM P. BARR, U.S. Attorney General, in )<br>his official capacity as Acting Attorney General of )<br>the United States, et al.,  )<br>)<br>   Defendants-Appellees.  ) | **FILED**<br>Sep 23, 2019<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

The defendants move to amend the caption to remove the designation of Gun Owners of California, Inc. (GOC), as an "appellant." They indicate that neither the plaintiffs nor GOC objects to such an amendment. GOC was not specifically named within the notice of appeal as an appellant, which generally stated that the "plaintiffs" appeal, and its motion for joinder remains pending in the district court.

Therefore, the motion to amend the caption is GRANTED. GOC will be designated as a movant only.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk