**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 25, 2021

Mr. James Orange Bardwell
Woodhouse Roden Nethercott, 1912 Capitol Avenue, Suite 500
Cheyenne, WY 82001

Ms. Kyle T. Edwards
Mr. Bradley Hinshelwood
Ms. Abby Christine Wright
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Kerry Lee Morgan
Pentiuk, Couvreur & Kobiljak, 2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192

Mr. Robert J. Olson
370 Maple Avenue, W., Suite 4
Vienna, VA 22180-5615

Mr. Ilya Shapiro
Cato Institute, 1000 Massachusetts Avenue, N.W.
Washington, DC 20001

Re: Case No. 19-1298, *Gun Owners of America, Inc., et al v. Merrick Garland, et al*
Originating Case No. : 1:18-cv-01429

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. Thomas Dorwin

Enclosure

Case 1:18-cv-01429-PLM-RSK ECF No. 63, PageID.622 Filed 06/25/21 Page 2 of 4 (2 of 4)

RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 21a0144p.06

# UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; VIRGINIA CITIZENS DEFENSE LEAGUE; MATT WATKINS; TIM HARMSEN; RACHEL MALONE,
        *Plaintiffs-Appellants*,

GUN OWNERS OF CALIFORNIA, INC.,
        *Movant*,

    *v.*

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MARVIN G. RICHARDSON, in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives,
        *Defendants-Appellees*.

> No. 19-1298

On Petition for Rehearing En Banc

United States District Court for the Western District of Michigan at Grand Rapids.
No. 1:18-cv-01429—Paul Lewis Maloney, District Judge.

Decided and Filed: June 25, 2021

Before: SUTTON, Chief Judge; MOORE, COLE, CLAY, GIBBONS, GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR, BUSH, LARSEN, NALBANDIAN and MURPHY.[*]

_____

[*] Judge Readler recused himself from participation in this case.

No. 19-1298  *Gun Owners of Am., Inc., et al. v. Garland, et al.*  Page 2

---

## ORDER

---

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case. Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk