No. 19-1298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Aug 02, 2021
DEBORAH S. HUNT, Clerk

GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; VIRGINIA CITIZENS DEFENSE LEAGUE; MATT WATKINS; TIM HARMSEN; RACHEL MALONE,

    Plaintiffs-Appellants,

GUN OWNERS OF
CALIFORNIA, INC.,

    Movant,

v.

MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,

    Defendants-Appellees.

O R D E R

Upon consideration of the motions of David Codrea, Scott Heuman, and Owen Monroe, and National Rifle Association of America, for leave to file a brief as amici/amicus curiae in support of the appellants,

It is ORDERED that the motions are GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 02, 2021

Mr. Michael Jean  
Mr. Stephen Stamboulieh

Re: Case No. 19-1298, *Gun Owners of America, Inc., et al v. Merrick Garland, et al*  
Originating Case No.: 1:18-cv-01429

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris  
En Banc Coordinator  
Direct Dial No. 513-564-7077

cc: Mr. James Orange Bardwell  
Mr. John Cutonilli  
Mr. Thomas Dorwin  
Ms. Kyle T. Edwards  
Mr. Hadan W. Hatch  
Mr. Bradley Hinshelwood  
Mr. Kerry Lee Morgan  
Mr. Robert J. Olson  
Mr. Ilya Shapiro  
Ms. Abby Christine Wright

Enclosure