UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, *et al.*,      )
                    Plaintiffs,      )
                                     )      No. 1:18-cv-1429
-v-                                  )
                                     )      Honorable Paul L. Maloney
MERRICK GARLAND, *et al.*            )
                    Defendants.      )
                                     )

## ORDER STAYING LAWSUIT

In a joint status report filed on February 7, 2022, the parties asked this Court to stay the proceedings pending Plaintiff's anticipated filing of a petition for writ of certiorari with the United States Supreme Court.  (ECF No. 71 PageID.692.)  Plaintiff filed its petition for writ of certiorari with the United States Supreme Court on March 3, 2022.

The Court **GRANTS** the request to stay.  The Court **STAYS** this lawsuit pending action by the Supreme Court.  Should the Supreme Court deny the petition for writ, the parties must file a joint status report no later than two weeks after the denial.  **IT IS SO ORDERED.**

Date:   March 15, 2022                        /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge