## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**GUN OWNERS OF AMERICA, INC., et al.,**

      **Plaintiffs,**

                                    **Case No. 1:18-cv-01429**

**MERRICK B. GARLAND, in his**
**official capacity as Attorney General**
**of the United States, et al.,**

      **Defendants.**

_____

### JOINT STATUS REPORT

Pursuant to this Court's Order dated March 15, 2022, ECF No. 73, the parties file this Joint Status Report.

1.     Plaintiffs initiated this action and sought preliminary injunctive relief in December 2018. *See* Compl., ECF No. 1; Mot. for Prelim. Inj., ECF No. 9. This Court denied the motion for preliminary injunction. March 21, 2019 Order & Op., ECF No. 48.

2.     Plaintiffs appealed the denial of their motion for preliminary injunction to the Sixth Circuit. *See* Notice of Appeal, ECF No. 49.

3.     This Court stayed further proceedings pending that appeal. *See* May 6, 2019 Order, ECF No. 55.

4.      A panel of the Sixth Circuit ordered that the denial of the preliminary injunction be reversed and remanded. *See* ECF No. 62. The Sixth Circuit granted en banc review, *see* ECF No. 63 and then affirmed this Court's order denying the preliminary injunction by an equally divided court, *see* ECF No. 68.

5.      Plaintiffs sought a writ of certiorari from the Supreme Court. *See* ECF No. 72. This Court stayed proceedings pending action on the petition by the Supreme Court and ordered the parties to submit a further status report no later than two weeks after the denial of Plaintiffs' petition. *See* March 15, 2022 Order, ECF No. 73.

6.      On October 3, 2022, the Supreme Court denied Plaintiffs' petition for certiorari. *See* ECF No. 74.

7.      Counsel for the parties have conferred by telephone about how they wish to proceed in this matter. The parties respectfully request that the Court continue the stay of proceedings an additional 30 days so that Plaintiffs can evaluate their options and determine how they wish to proceed, and so that the parties can continue to discuss options to resolve this matter efficiently. The parties propose to file a further joint status report on or before November 16, 2022.

Respectfully submitted,

**PENTIUK, COUVREUR & KOBILJAK, P.C.**

By:     /s/Kerry L. Morgan
Kerry L. Morgan (P32645)
*Attorneys for Plaintiffs*
2915 Biddle Avenue, Suite 200
Wyandotte, MI  48192
Main:    (734) 281-7100
Fax:      (734) 2524
Kmorgan@pck-law.com

**WILLIAM J. OLSON, P.C.**

By:     /s/Robert J. Olson
Robert J. Olson
370 Maple Avenue West, Suite 4
Vienna, VA  22180
T:    (703) 356-5070
F:    (703) 356-5085
wjo@mindspring.com
*Of Counsel*


**U.S. DEPARTMENT OF JUSTICE**

By:     /s/Michael Knapp
Michael Knapp (California Bar No. 314104)
Trial Attorney, Federal Programs Branch
**U.S. Department of Justice, Civil Division**
1100 L Street, NW, Room 12008
Washington, DC 20005
(202) 514-2071
michael.f.knapp@usdoj.gov

Dated:  October 17, 2022

## <u>CERTIFICATE OF SERVICE</u>

Kerry   L.   Morgan, on October 17, 2022, e-filed and served the foregoing *Joint Status Report* using this Court's e-filing and e-service system.

<u>/s/Kerry L. Morgan</u>
Kerry L. Morgan