UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

    Plaintiffs,

v.

MERRICK B. GARLAND,

    Defendant.
_____/

Case No. 1:18-cv-1429

HONORABLE PAUL L. MALONEY

## ORDER FOR CONTINUATION OF STAY AND TO FILE JOINT STATUS REPORT

The Court has reviewed the joint status report submitted by the parties on October 17, 2022, (ECF No. 75).  The Stay entered in the case on May 6, 2019 continues and the parties shall file an updated joint status report detailing the status of this matter by **November 16, 2022**.

**IT IS SO ORDERED**.

Dated: October 17, 2022

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge