UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GUN OWNERS OF AMERICA, INC., et al.,**

    **Plaintiffs,**

                                        Case No. 1:18-cv-01429

**MERRICK B. GARLAND, in his**
**official capacity as Attorney General**
**of the United States, et al.,**

    **Defendants.**
_____

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 17, 2022, ECF No. 76, the parties file this Joint Status Report.

1.    Plaintiffs initiated this action and sought preliminary injunctive relief in December, 2018. *See* Compl., ECF No. 1; Mot. For Prelim, Inj., ECF No. 9. This Court denied the motion for preliminary injunction. March 21, 2019 Order & Op., ECF No. 48.

2.    Plaintiffs appealed the denial of their motion for preliminary injunction to the Sixth Circuit. *See* Notice of Appeal, ECF No. 49.

3.    This Court stayed further proceedings pending that appeal. *See* May 6, 2019 Order, ECF No. 55.

1

4. A panel of the Sixth Circuit ordered that the denial of the preliminary injunction be reversed and remanded. *See* ECF No. 62. The Sixth Circuit granted en banc review, *see* ECF No. 63 and then affirmed this Court's order denying the preliminary injunction by an equally divided court, *see* ECF No. 68.

5. Plaintiffs sought a writ of certiorari from the Supreme Court. *See* ECF No. 72. This Court stayed proceedings pending action on the petition by the Supreme Court and ordered the parties to submit a further status report no later than two weeks after the denial of Plaintiffs' petition. *See* March 15, 2022 Order, ECF No. 73.

6. On October 3, 2022, the Supreme Court denied Plaintiffs' petition for certiorari. *See* ECF No. 74.

7. The parties filed a Joint Status Report on October 17, 2022, ECF No. 75, indicating the Plaintiffs desired an additional 30 days to consult with their clients. During this period, Plaintiffs also communicated with Defendants regarding the administrative record. The Defendants will file the complete administrative record in this case by December 14, 2022, and the Plaintiffs contemplate they will need an additional 90 days to review and file objections, if any, to the administrative record. Thereafter, the parties propose to confer with the Court on how best to proceed. The parties propose to file a further joint status report on or before March 14, 2023.

Respectfully submitted,

**PENTIUK, COUVREUR & KOBILJAK, P.C.**

By:  /s/Kerry L. Morgan
Kerry L. Morgan (P32645)
*Attorneys for Plaintiffs*
2915 Biddle Avenue, Suite 200
Wyandotte, MI  48192
Main:         (734) 281-7100
Fax:          (734) 281-7102
Kmorgan@pck-law.com

**WILLIAM J. OLSON, P.C.**

By:  /s/Robert J. Olson
Robert J. Olson
370 Maple Avenue West, Suite 4
Vienna, VA  22180
T:     (703) 356-5070
F:     (703) 356-5085
wjo@mindspring.com
*Of Counsel*

**U.S. DEPARTMENT OF JUSTICE**

By:


MARK A. TOTTEN
United States Attorney

 s/ *Ryan D. Cobb*
 RYAN D. COBB (P64773)
 Assistant United States Attorney
 Post Office Box 208
 Grand Rapids, Michigan 49501-0208
 (616) 456-2404
 E-mail:  Ryan.Cobb@usdoj.gov

3

                              ALEXANDER V. SVERDLOV
                              Trial Attorney, Federal Programs Branch
                              U.S. Department of Justice, Civil Division
                              1100 L Street, NW, Room 12008
                              Washington, DC  20005
                              (202) 305-8550
                              Alexander.V.Sverdlov@usdoj.gov

Dated:  November 16, 2022

## CERTIFICATE OF SERVICE

      Kerry L. Morgan, on November 16, 2022, e-filed and served the foregoing *Joint Status Report* using this Court's e-filing and e-service system.

                                                    /s/Kerry L. Morgan
                                                    Kerry L. Morgan