UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

    Plaintiffs,                              Case No. 1:18-cv-1429

v.                                       HONORABLE PAUL L. MALONEY

MERRICK B. GARLAND, et al.,

    Defendant.
_____/

**ORDER**

        The Court has reviewed the joint status report submitted by the parties on November 16, 2022, (ECF No. 77). The Stay entered in the case on May 6, 2019 is temporarily LIFTED to allow Defendants to file the complete administrative record in this case by December 14, 2022, at which time the Stay will re-enter. The parties shall file an updated joint status report detailing the status of this matter by **March 14, 2023**.

        **IT IS SO ORDERED**.


Dated: December 1, 2022                                               /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge