UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,
          Plaintiffs,

Case No. 1:18-cv-1429

v.

HONORABLE PAUL L. MALONEY

MERRICK B. GARLAND, et al.,
          Defendant.
_____/

### ORDER

The Court has reviewed the joint status report submitted by the parties on May 15, 2023, (ECF No. 83). In the report, the parties suggest a continuance of the Stay and discuss two cases with potential impact on this case, *Cargill v. Garland*, No. 20-51016 (5th Cir. Jan. 6, 2023) and *Hardin v. ATF*, No. 20-6380 (6th Cir. Apr. 25, 2023). Upon due consideration, the Court will continue the Stay in this case and direct the parties to keep this Court informed on the status of the other cases. Accordingly,

**IT IS HEREBY ORDERED** that the Stay continues.

**IT IS FURTHER ORDERED** that the Defendants shall advise this court when a determination is made on how the United States will proceed in *Hardin* by filing a Notice in this case.

**IT IS FURTHER ORDERED** that the parties shall file an updated joint status report detailing the status of this matter within 21 days after the United States Supreme Court has issued its decision either granting or denying the petition for writ of certiorari in *Cargill*.

Dated: May 19, 2023
          /s/ Paul L. Maloney
          Paul L. Maloney
          United States District Judge