# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-01429-PLM-RSK |
| vs. | Hon. Paul L. Maloney |
| MERRICK B. GARLAND, *et al.* | |
| Defendants. | |

## NOTICE

This matter is stayed pending further proceedings in two cases raising similar claims, *Cargill v. Garland*, No. 20-51016 (5th Cir. Jan. 6, 2023), and *Hardin v. ATF*, No. 20-6380 (6th Cir. Apr. 25, 2023). *See* Order, ECF No. 84 (continuing stay). Consistent with this Court's order, Defendants hereby provide notice that the Solicitor General has authorized the government to petition the Supreme Court for a writ of certiorari in *Hardin*. Defendants will provide a further notice of the Supreme Court's decision on the petition in *Hardin*.

Per the Court's order, the Parties will file a joint status report within 21 days of the Supreme Court's decision either granting or denying the petition for a writ of certiorari in *Cargill*.

| | |
|---|---|
| Dated: June 12, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | BRIGHAM J. BOWEN<br>Assistant Branch Director<br>Federal Programs Branch |
| | /s/ *Michael F. Knapp*<br>MICHAEL F. KNAPP (Cal. Bar No. 314104)<br>ALEXANDER V. SVERDLOV |

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*