UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

            Plaintiffs,                     Case No. 1:18-cv-1429

v.                                      HONORABLE PAUL L. MALONEY

MERRICK B. GARLAND, et al.,

            Defendant.
_____/

## ORDER

The Court has reviewed the joint status report submitted by the parties on November 8, 2023, (ECF No. 86). In the report, the parties suggest a continuance of the Stay pending the United States Supreme Court's disposition of *Cargill v. Garland*, No. 20-51016 (5th Cir. Jan. 6, 2023) due to the potential impact on this case. Upon due consideration, the Court will continue the Stay in this case. Accordingly,

**IT IS HEREBY ORDERED** that the Stay continues.

**IT IS FURTHER ORDERED** that the parties shall file an updated joint status report detailing the status of this matter within 28 days after the United States Supreme Court has issued its decision in *Cargill*.

Dated: November 9, 2023                                    /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge