UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUN OWNERS OF AMERICA, INC.,
et al.,

    Plaintiffs,                                  Case No. 1:18-cv-1429

v.                                            HONORABLE PAUL L. MALONEY

MERRICK B. GARLAND, et al.,

    Defendant.
_____/

**ORDER**

The Court has reviewed the joint status report submitted by the parties on August 12, 2024, (ECF No. 90).  The stay continues and the parties shall file an updated joint status report detailing the status of this matter by **August 30, 2024**.

**IT IS SO ORDERED**.

Dated:  August 15, 2024                                                          /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge