UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*,  )<br>Plaintiffs,  )<br>)<br>-v-  )<br>)<br>MERRICK GARLAND, *et al.*,  )<br>Defendants.  )<br>)  | No. 1:18-cv-1429<br><br>Honorable Paul L. Maloney |

# FINAL ORDER

1.  Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201-2202, it is **ORDERED AND ADJUDGED** that **JUDGMENT** enters for Plaintiffs.

2.  The Court **DECLARES** that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) rule titled Bump-Stock Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) (Bump-Stock Rule) was issued in excess of ATF's statutory authority and is therefore unlawful. *See Garland v. Cargill*, 602 U.S. 406, 415 (2024).

3.  Plaintiff's Fifth Amendment takings claim (Count 3) and Plaintiffs' Due Process claim (Count 4) are dismissed without prejudice.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 1, 2024                                              /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge