| | Year | # Hours | Rate | Total | | | Year | # Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **WJO** | 2018 | 58.3 | 425 | $24,777.50 | | **HWT** | 2018 | 8.2 | 375 | $3,075.00 |
| | 2019 | 53.9 | 425 | $22,907.50 | | | 2019 | 0 | 0 | $0.00 |
| | 2020 | 0.4 | 425 | $170.00 | | | 2020 | 0 | 0 | $0.00 |
| | 2021 | 14.8 | 450 | $6,660.00 | | | 2021 | 0 | 0 | $0.00 |
| | 2022 | 25.6 | 500 | $12,800.00 | | | 2022 | 0 | 0 | $0.00 |
| | 2023 | 0.2 | 500 | $100.00 | | | 2023 | 0 | 0 | $0.00 |
| | 2024 | 0 | 525 | $0.00 | | | 2024 | 0 | 0 | $0.00 |
| | **Totals** | **153.2** | | **$67,415.00** | | | **Totals** | **8.2** | | **$3,075.00** |

| | Year | # Hours | Rate | Total | | | Year | # Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **JLM** | 2018 | 30.7 | 325 | $9,977.50 | | **RJO** | 2018 | 139.9 | 325 | $45,467.50 |
| | 2019 | 68.2 | 325 | $22,165.00 | | | 2019 | 258.0 | 325 | $83,850.00 |
| | 2020 | 0.9 | 325 | $292.50 | | | 2020 | 7.0 | 325 | $2,275.00 |
| | 2021 | 0.0 | 350 | $0.00 | | | 2021 | 147.8 | 350 | $51,730.00 |
| | 2022 | 31.6 | 400 | $12,640.00 | | | 2022 | 67.5 | 400 | $27,000.00 |
| | 2023 | 0 | 400 | $0.00 | | | 2023 | 3.8 | 400 | $1,520.00 |
| | 2024 | 0 | 425 | $0.00 | | | 2024 | 14.1 | 425 | $5,992.50 |
| | **Totals** | **131.4** | | **$45,075.00** | | | **Totals** | **638.1** | | **$217,835.00** |

| | Year | # Hours | Rate | Total | | | Year | # Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **SDS** | 2018 | 0 | 0 | $0.00 | | **RDB** | 2018 | 0 | 0 | $0.00 |
| | 2019 | 0 | 0 | $0.00 | | | 2019 | 0 | 0 | $0.00 |
| | 2020 | 0 | 0 | $0.00 | | | 2020 | 0 | 0 | $0.00 |
| | 2021 | 40.5 | 350 | $14,175.00 | | | 2021 | 0 | 0 | $0.00 |
| | 2022 | 0.8 | 400 | $320.00 | | | 2022 | 17 | 200 | $3,400.00 |
| | 2023 | 1.6 | 400 | $640.00 | | | 2023 | 0 | 200 | $0.00 |
| | 2024 | 16.4 | 425 | $6,970.00 | | | 2024 | 0 | 200 | $0.00 |
| | **Totals** | **59.3** | | **$22,105.00** | | | **Totals** | **17.0** | | **$3,400.00** |

Exhibit 13

|  | Year | # Hours | Rate | Total |  |  | Year | # Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **KLM** | 2018 | 20.6 | 300 | 6,180.00 |  | **KZM** | 2018 | 23.6 | 100 | 2,360.00 |
|  | 2019 | 73.2 | 300 | 21,960.00 |  |  | 2019 | 82.5 | 100 | 8,250.00 |
|  | 2020 | 7.0 | 300 | 2,100.00 |  |  | 2020 | 3 | 100 | 300.00 |
|  | 2021 | 43.2 | 300 | 12,960.00 |  |  | 2021 | 0 | 100 | 0.00 |
|  | 2022 | 25.1 | 300 | 7,530.00 |  |  | 2022 | 7.8 | 100 | 780.00 |
|  | 2023 | 8.0 | 300 | 2,400.00 |  |  | 2023 | 0.7 | 100 | 70.00 |
|  | 2024 | 25.6 | 300 | 7,680.00 |  |  | 2024 | 3.9 | 100 | 390.00 |
|  | **Totals** | **202.7** |  | **60,810.00** |  |  | Totals | 121.5 |  | 12,150.00 |
|  |  |  |  |  |  |  | hours reduced by 25% |  |  |  |
|  |  |  |  |  |  |  | Totals | 91.125 | 100 | **$9,112.50** |
|  |  |  |  |  |  |  |  |  |  |  |
|  | Year | # Hours | Rate | Total |  | KLM | $60,810.00 |  | WJO | $67,415.00 |
| **MRS** | 2018 | 3.8 | 100 | $380.00 |  | KZM | $9,112.50 |  | JLM | $45,075.00 |
|  | 2019 | 5.3 | 100 | $530.00 |  | MRS | $2,445.00 |  | RJO | $217,835.00 |
|  | 2020 | 2.1 | 100 | $210.00 |  | Expens | $2,084.12 |  | SDS | $22,105.00 |
|  | 2021 | 14 | 100 | $1,400.00 |  | **Total** | **$74,451.62** |  | RDB | $3,400.00 |
|  | 2022 | 1.9 | 100 | $190.00 |  |  |  |  | HWT | $3,075.00 |
|  | 2023 | 5.5 | 100 | $550.00 |  |  |  |  | Expenses | $32,767.41 |
|  | 2024 | 0 | 100 | $0.00 |  |  |  |  | **Total** | **$391,672.41** |
|  | Totals | 32.6 |  | $3,260.00 |  |  |  |  |  |  |
|  | hours reduced by 25% |  |  |  |  |  |  |  |  |  |
|  | **Totals** | **24.45** | **100** | **$2,445.00** |  |  |  |  | **MORGAN FIRM TOTAL** | **$74,451.62** |
|  |  |  |  |  |  |  |  |  | **OLSON FIRM TOTAL** | **$391,672.41** |
|  |  |  |  |  |  |  |  |  | **GRAND TOTAL** | **$466,124.03** |