United States District Court for the Western

District of Michigan

GUN OWNERS OF AMERICA, INC., et al.

Plaintiff,

vs.

PAMELA J. BONDI, et al.

Defendant.

Case No. 1:18-cv-01429

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Gun Owners of America, et al.,
*Name all parties taking the appeal*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

ORDER GRANTING IN PART AND DENYING IN PART (# 112) PLAINTIFFS' MOTION FOR ATTORNEY FEES (# 104).

Entered in this action on the 24 day of March 2025.

(s) Kerry L. Morgan
Address: Pentiuk Couvreur & Kobiljak PC
2915 Biddle Ave, Suite 200
Wyandotte, MI  48192
(7340 28107100
Attorney for  Gun Owners of America, Inc., et al

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✔
     Court of Appeals ✔

6CA-3
11/16